MARY DRYOVAGE, (CA SBN 112551)
Law Offices of Mary Dryovage

    600 Harrison Street, Suite 120,
    San Francisco, CA 94107
    Telephone: 415 593-0095
    Fax. 415 593-0096
    Email: mdryovage@igc.org

Attorney for Plaintiff

ERIN N. NORRIS
U.S. Equal Employment Opportunity Commission
Office of Legal Counsel

    1801 L. Street N.W.
    Washington, D.C. 20507
    Telephone: 202 663-4876
    Fax: 202 663-4639
    Email: erin.norris@eeoc.gov

Attorney for Defendant EEOC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| KIMBERLY FREEMAN, | Docket No. 3:06-cv-04900-JL |
| Plaintiff, | **STIPULATION AND PROPOSED ORDER RE: SCHEDULING** |
| v. | |
| JO ANNE B. BARNHART, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, and U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | |
| Defendants. | |

    Subject to the approval of the court, it is hereby stipulated by and between the parties hereto through their respective attorneys of record that Rule 26 (a) of the Federal Rules of Civil Procedure and the Order Setting Initial Case Management Conference, dated August 14, 2006, will be modified for just cause, as follows:

STIPULATION AND PROPOSED ORDER RE: SCHEDULING
*Freeman v. Barnhart and EEOC*, No.3:06-cv-04900-JL     Page 1

1) The Magistrate Consent form or request for appointment of District Court Judge will be filed by Defendants Barnhart and EEOC on or before November 13, 2006, pursuant to the letter from Magistrate Judge James Larson, filed November 11, 2006 (CR No. 6).

2) The ADR Certification will be filed on or before November 29, 2006.

3) The Joint Case Management Statement and Proposed Order will be filed seven days before the Case Management Conference.

4) The Case Management Conference, currently scheduled for November 15, 2006, at 10:30 a.m. will be continued until December 13, 2006 at 9:30 a.m.

5) The Defendant EEOC's Motion to Dismiss, currently scheduled for December 6, 2006, at 9:30 a.m. will be continued until December 13, 2006 at 9:30 a.m.

6) The Opposition to Defendant EEOC's Motion to Dismiss will be filed on or before November 22, 2006; the optional reply brief will be filed on or before November 29, 2006.

This request was necessitated by the fact that counsel for plaintiff was on an Employment Law Delegation to South Africa and did not discover that the service of the complaint was not properly completed until she returned. As a result, service of the U.S. Attorneys Office by hand delivery did not occur until last week; the scheduler is out of town this week and the Assistant U.S. Attorney has not been assigned; therefore, the parties have not had the opportunity to confer regarding ADR, Case Management Conference Statement, and trial deadlines.

Dated: November 8, 2006         LAW OFFICES OF MARY DRYOVAGE

                                Electronic Signature Authorized
                                _____
                                MARY DRYOVAGE,
                                Attorney for Plaintiff

Dated: November 8, 2006

                                Electronic Signature Authorized
                                _____
                                ERIN N. NORRIS
                                Attorney for Defendant EEOC

# CASE MANAGEMENT ORDER

The Proposed Order is hereby adopted by the Court. The Case Management Conference and hearing on Defendant EEOC's Motion to Dismiss is rescheduled for December 13, 2006 at 9:30 a.m. and the parties are ordered to comply with this Order. In addition the Court orders:

Dated: November 13, 2006

*IT IS SO ORDERED*
*Judge James Larson*

STIPULATION AND PROPOSED ORDER RE: SCHEDULING
*Freeman v. Barnhart and EEOC*, No.3:06-cv-04900-JL          Page 3