IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY FREEMAN,

    Plaintiff,

v.

JOANNE B BARNHART,

    Defendant.

No. C 06-04900 JSW

**ORDER SETTING BRIEFING SCHEDULE**

This matter is set for a hearing on May 18, 2007 on the motion to dismiss filed by Defendant United States Equal Employment Opportunity Commission ("EEOC"). The Court HEREBY ORDERS that Plaintiff's opposition brief to this motion shall be due by Friday, February 16, 2007 and EEOC's reply brief shall be due by Friday, February 23, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: February 1, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE