1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9    KIMBERLY FREEMAN,
10              Plaintiff,                          No. C 06-04900 JSW
11       v.
12   MICHAEL J. ASTRUE,                    **ORDER TO SHOW GOOD CAUSE**
13              Defendant.
                                              /
14
15
16          On May 18, 2007, this Court set January 25, 2008 as the last day to hear dispositive
17   motions in the above captioned-matter. On December 21, 2007, Defendant timely filed a
18   motion for summary judgment set to be heard on January 25, 2008. Pursuant to Northern
19   District Local Civil Rule 7-2(a), all motions must be filed, served and noticed for hearing not
20   less than 35 days after service of the motion. Pursuant to Northern District Local Civil Rule 7-
21   3(a), any opposition to a motion must be served and filed not less than 21 days before the
22   hearing date. On January 7, 2008, after the deadline to file a motion for summary judgment and
23   the deadline to file an opposition to Defendant's motion, Plaintiff filed an opposition and cross-
24   motion for summary judgment, purportedly to be heard at the same time as Defendant's motion.
25   The Court HEREBY ORDERS Plaintiff to show good cause why the Court should consider her
26   ///
27   ///
28   ///