IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY FREEMAN,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant.
_____/

No. C 06-04900 JSW

**ORDER TO SHOW GOOD CAUSE**

On May 18, 2007, this Court set January 25, 2008 as the last day to hear dispositive motions in the above captioned-matter. On December 21, 2007, Defendant timely filed a motion for summary judgment set to be heard on January 25, 2008. Pursuant to Northern District Local Civil Rule 7-2(a), all motions must be filed, served and noticed for hearing not less than 35 days after service of the motion. Pursuant to Northern District Local Civil Rule 7-3(a), any opposition to a motion must be served and filed not less than 21 days before the hearing date. On January 7, 2008, after the deadline to file a motion for summary judgment and the deadline to file an opposition to Defendant's motion, Plaintiff filed an opposition and cross-motion for summary judgment, purportedly to be heard at the same time as Defendant's motion. The Court HEREBY ORDERS Plaintiff to show good cause why the Court should consider her

///

///

///

opposition brief and cross-motion for summary judgment. Plaintiff shall file her response to this Order to Show Cause by no later than 10:00 a.m. on January 10, 2008.

**IT IS SO ORDERED.**

Dated: January 8, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE