IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY FREEMAN, | |
| Plaintiff, | No. C 06-04900 JSW |
| v. | |
| MICHAEL J. ASTRUE, | **ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE** |
| Defendant. | |

On January 8, 2008 this Court issued an Order to Show Good Cause why the Court should consider Plaintiff's opposition brief and cross-motion for summary judgment. The Court has received Plaintiff's response to the Order and the parties' stipulation, and HEREBY DISCHARGES the Order to Show Cause.

The Court FURTHER ORDERS that the hearing on Defendant's pending motion for summary judgment is CONTINUED to March 14, 2008 at 9:00 a.m. In light of the fact that the hearing is being continued, and Defendant will have a fair opportunity to respond, the Court will hear Plaintiff's cross-motion for summary judgment on March 14, 2008, as well. Defendant's reply and opposition to Plaintiff's cross-motion shall be filed by no later than February 1, 2008. Plaintiff's reply with respect to her cross-motion shall be filed by no later than February 15, 2008.

**IT IS SO ORDERED.**

Dated: January 10, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE