IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY FREEMAN,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant.

No. C 06-04900 JSW

**ORDER TO SHOW CAUSE RE EXHAUSTION**

The Social Security Administration issued its Final Agency Decision on May 10, 2006, but plaintiff Kimberly Freeman did not file her complaint in this action until August 14, 2006, ninety-six days later. Pursuant to 29 C.F.R. § 1614.407, Plaintiff was required to file her complaint in this Court within 90 days of her receipt of the final agency action. Therefore, the Court HEREBY ORDERS Plaintiff to show cause why this action should not be dismissed for failure to exhaust her administrative remedies. Plaintiff shall file her response to this Order to Show Cause by no later than 10:00 a.m. on March 11, 2008. In her response, Plaintiff shall provide a declaration attesting as to when she received the final agency action.

**IT IS SO ORDERED.**

Dated: March 7, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE