For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY FREEMAN,

    Plaintiff,                                    No. C 06-04900 JSW

    v.

MICHAEL J. ASTRUE,                          **ORDER VACATING HEARING DATE**

    Defendant.
_____/

       The parties' cross-motions for summary judgment are currently set for hearing on Friday, March 14, 2008 at 9:00 a.m. These matters are now fully briefed and ripe for decision. The Court finds that these matters are appropriate for disposition without oral argument and the matters are deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for March 14, 2008 is HEREBY VACATED. Court finds that this matter is appropriate for disposition without oral argument and the matter is deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for March 14, 2008 is HEREBY VACATED.

       **IT IS SO ORDERED.**

Dated: March 13, 2008                             _____
                                                             JEFFREY S. WHITE
                                                             UNITED STATES DISTRICT JUDGE