1  MARY DRYOVAGE (CA SBN 112551)
   Law Offices of Mary Dryovage
2
3       600 Harrison Street, Suite 120,
        San Francisco, CA 94107
        Telephone:    415 593-0095
4       Fax:          415 593-0096
        Email:        mdryovage@igc.org
5
   Attorney for Plaintiff
6
7                  UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9                   SAN FRANCISCO DIVISION

10
   KIMBERLY FREEMAN,                    Docket No. C 06-04900-JSW
11                                       E-FILED
                    Plaintiff,
12
   v.                                    STIPULATION AND [PROPOSED]
13                                       ORDER TO CONTINUE DATE FOR
   MICHAEL J. ASTRUE, COMMISSIONER,      CASE MANAGEMENT STATEMENT
14 SOCIAL SECURITY ADMINISTRATION,

15                  Defendant.

16
17         Subject to the approval of the court, it is hereby stipulated by and between the parties

18 that the Case Management Conference, currently set for July 11, 2008 at 1:30 p.m. is

   rescheduled for July 25, 2008 at 1:30 p.m.
19

20
                                         RESPECTFULLY SUBMITTED,
21
   FOR THE DEFENDANT:
22
23                                       JOSEPH P. RUSSONIELLO
                                         United States Attorney
24
25                                       /s/ [electronic signature authorized]
   Dated: July 7, 2008                   _____
26                                       CLAIRE T. CORMIER
                                         Assistant United States Attorney
27

28

1  FOR THE PLAINTIFF:

2                                                    /s/ [electronic signature authorized]
   Dated: July 7, 2008
3                                                    _____
                                                     MARY DRYOVAGE
4                                                    Law Offices of Mary Dryovage

5

6          The Court, having considered the stipulation of the parties, orders that the Case

7  Management Conference, currently set for July 11, 2008 at 1:30 p.m. is rescheduled for July

8  25, 2008 at 1:30 p.m.

9          IT IS SO ORDERED.

10

11  DATED: July 8, 2008

12                                                   _____
                                                     JEFFREY S. WHITE
13                                                   United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[Proposed] Order re: Rescheduling Case Management Conf.
*Freeman v. Astrue*, C-06-04900 JSW                                          Page 2