**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY FREEMAN,

    Plaintiff,

v.

JOANNE B BARNHART,

    Defendant.

                                          /

No. C 06-04900 JSW

**ORDER REFERRING MATTER FOR SETTLEMENT CONFERENCE TO MAGISTRATE JUDGE**

Pursuant to Civil Local Rule 72-1, ADR Local Rule 7-2, and the parties' consent, this matter is referred to a randomly-assigned magistrate judge to conduct a settlement conference. The settlement conference shall be conducted by September 23, 2008, if possible. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: July 25, 2008

                                        JEFFREY S. WHITE
                                        UNITED STATES DISTRICT JUDGE

cc:    Wings Hom