IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY FREEMAN,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant.

No. C 06-04900 JSW

**ORDER RE VOIR DIRE AND STATEMENT OF THE CASE**

The parties failed to submit a statement of the case and did not provide their stipulated *voir dire* on a CD. The Court HEREBY ORDERS that by no later than 9:00 a.m. on Monday, December 1, 2008, the parties shall meet and confer and file a brief statement of the case to be read to the jury panel. The parties shall also provide a copy of the statement of the case and their stipulated *voir dire* in Word Perfect on a CD to chambers by no later than 9:30 a.m. on December 1, 2008.

**IT IS SO ORDERED.**

Dated: November 25, 2008

                                                      JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE