IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY FREEMAN,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant.
_____/

No. C 06-04900 JSW

**ORDER RE PRETRIAL ISSUES**

The Court has received the parties' statement regarding remaining pretrial issues and orders as follows:

(1) The parties shall file, and provide in Word Perfect on a CD to chambers by no later than 9:30 a.m. on December 1, 2008, the proposed clarifying instruction they seek to have given to the jury;

(2) Vicky Currey shall appear as a witness on December 10, 2008 and shall continue to appear, if necessary, on December 11, 2008;

(3) Plaintiff shall meet and confer with Defendant regarding the availability of Peter Spencer to testify and shall send a subpoena to Mr. Spencer to appear on such available date;

(4) Plaintiff identified Janice Cambell, Charlie Estudillo, and Scott Incardona in her witness list submitted with the parties' pretrial submissions. Defendant failed to file a motion *in limine* to exclude these witnesses and, thus, waived the ability to move to exclude them based on Plaintiff's alleged failure properly to disclose them. Defendant failed to list Steve Korn in

his witness list submitted with the parties' pretrial submissions and thus is precluded from calling Mr. Korn as a witness at trial;

    (5)    Sally White may testify outside of the presence of the jury; and

    (6)    The parties shall provide a copy of their proposed special verdict forms in Word Perfect on a CD to chambers by no later than 9:30 a.m. on December 1, 2008.

**IT IS SO ORDERED.**

Dated: November 25, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE