MARY DRYOVAGE (California Bar No. 112551)
Law Offices of Mary Dryovage

600 Harrison Street, Suite 120,
San Francisco, CA 94107
Telephone:        415 593-0095
Facsimile:        415 593-0096
Email:        mdryovage@igc.org

Attorney for Plaintiff
KIMBERLY FREEMAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| KIMBERLY FREEMAN, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, <br><br> Defendant. | Docket No. C 06-04900-JSW <br> BEFORE HON. JEFFREY S. WHITE <br><br> **PLAINTIFF'S NOTICE OF USING DEMONSTRATIVE DEVICES AT TRIAL AND [Proposed] ORDER** <br><br> JURY TRIAL: Dec. 8, 2008 <br> Courtroom:   2, 17th Floor <br>        450 Golden Gate Avenue <br>        San Francisco, CA |

Pursuant to the Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases Before the Honorable Jeffrey S. White,  Plaintiff  Kimberly Freeman notifies the court that she will be using demonstrative devices, including *inter alia*, a laptop projector, exhibit easel, and demonstrative exhibits, at trial.

Plaintiff requests that this court sign the [Proposed] Order granting Plaintiff access to the Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102-3483 with the above referenced demonstrative devices during the trial in this matter, December 8 - 24, 2008.

Respectfully submitted,

Dated: December 1, 2008

/s/ Electronic Signature Authorized
_____
MARY DRYOVAGE
Attorney for Plaintiff

1  MARY DRYOVAGE (California Bar No. 112551)
   Law Offices of Mary Dryovage
2
      600 Harrison Street, Suite 120,
3     San Francisco, CA 94107
      Telephone:    415 593-0095
4     Facsimile:       415 593-0096
      Email:       mdryovage@igc.org
5
   Attorney for Plaintiff
6  KIMBERLY FREEMAN

7

8                  UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
9                   SAN FRANCISCO DIVISION

10 KIMBERLY FREEMAN,                    | Docket No. C 06-04900-JSW
                                        | BEFORE HON. JEFFREY S. WHITE
11              Plaintiff,
                                        | [Proposed] ORDER GRANTING
12 v.                                   | PLAINTIFF'S REQUEST TO USE
                                        | DEMONSTRATIVE DEVICES AT
13 MICHAEL J. ASTRUE, COMMISSIONER,     | TRIAL
   SOCIAL SECURITY ADMINISTRATION,
14                                      | JURY TRIAL: Dec. 8, 2008
              Defendant.                | Courtroom:   2, 17th Floor
15                                      |              450 Golden Gate Avenue
                                        |              San Francisco, CA
16

17

18      The court, having been duly noticed of Plaintiff's intention to use demonstrative devices

19 during the trial in this matter, hereby ORDERS that Plaintiff Kimberly Freeman and her attorney

20 of record, Mary Dryovage be granted access to the Federal Building located at 450 Golden Gate

21 Avenue with any and all devices for the following time period: December 8 - 24, 2008.

22 **IT IS SO ORDERED.**

23 DATED: December 2, 2008

24                                      _____
25                                      HONORABLE JEFFREY S. WHITE
                                        United States District Judge
26                                      Northern District of California

27

28