UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY FREEMAN,

        Plaintiff(s),

  v.

MICHAEL ASTRUE,

        Defendant(s).

_____/

Case No.: C-06-4900 JSW

**ORDER**

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish the Deluxe Continental Breakfast for the **8 members** of the jury in the above-entitled matter beginning **Monday, December 8, 2008,** for the duration of the trial at the expense of the United States. The trial will be held in **Courtroom 2, 17th Floor**, 450 Golden Gate Avenue, San Francisco, California 94102. **The refreshments shall be brought to the jury room behind Courtroom 2 by no later than 7:20 a.m. each day and will be cleaned up by no later than 2:00 p.m. each day.**

IT IS SO ORDERED.

Dated: December 4, 2008

*Jeffrey S. White*
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE