IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KIMBERLY FREEMAN,

    Plaintiff,

    v.

MICHAEL J. ASTRUE,

    Defendant.
_____/

No. C 06-04900 JSW

**PROPOSED SPECIAL VERDICT FORM**

THE JURY MUST UNANIMOUSLY AGREE ON THE ANSWERS TO ALL OF THE QUESTIONS.  THE COMPLETED SPECIAL VERDICT FORM MUST BE SIGNED AND DATED BY THE FOREPERSON.

**Question 1.**

Did plaintiff Kimberly Freeman prove by a preponderance of the evidence that her race was a motivating factor in her termination from her employment with the Social Security Administration ?

YES_____     NO _____

(*If you answered "YES" to question 1, please continue to question number 2.  If you answered "NO" to question 1, sign and date the form where indicated on the last page without responding to any further questions and return the form to the clerk or court security officer.*)

**Question 2.**

Did the Plaintiff prove by a preponderance of the evidence that she suffered, or will likely suffer in the future, loss of enjoyment of life or mental, physical, or emotional pain and suffering due to her termination from her employment at the Social Security Administration?

YES_____    NO _____

(*If you answered "YES" to question 2, please continue to question number 3.  If you answered "NO" to question 2, sign and date the form where indicated on the last page without responding to any further questions and return the form to the clerk or court security officer.*)

**Question 3.**

How much compensation is the plaintiff entitled to receive for the types of losses described in question number 2?

Amount:  $_____

(*Please sign, date and return this the form to the clerk or court security officer.*)

DATE:_____               _____
                                       SIGNATURE OF FOREPERSON

**IT IS SO ORDERED.**

Dated: December 12, 2008              _____
                                       JEFFREY S. WHITE
                                       UNITED STATES DISTRICT JUDGE

2