1 | MARY DRYOVAGE (SBN 112551)
2 | DEVON F. KING (SBN 251292)
Law Offices of Mary Dryovage

3 | 600 Harrison Street, Suite 120
San Francisco, CA 94107
4 | Telephone:  415 593-0095
Facsimile:  415 593-0096
5 | E-mail:  mdryovage@igc.org

6 | Attorney for Complainant
KIMBERLY FREEMAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| KIMBERLY FREEMAN, | Case No. 06-4900 JSW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR PLAINTIFF TO FILE PLAINTIFF'S OBJECTIONS TO DEFENDANT'S BILL OF COSTS** |
| v. | |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | |
| Defendant. | |

Subject to the approval of the Court, Plaintiff and Defendant (hereinafter "the Parties") hereby stipulate as follows:

1. Defendant filed his Bill of Costs on December 31, 2008; accordingly, subject to LR 54-2(a), Plaintiff's objections are due January 10, 2009.

2. Plaintiff's lead attorney, Mary Dryovage, left the country on vacation on December 25, 2008, and will remain out of the country until January 12, 2009. Therefore Plaintiff is unable to file timely objections.

3. The parties met and conferred via email on January 5, 2009, regarding the above facts, and agreed to extend Plaintiff's deadline for filing objections. Therefore, the Parties stipulate that Plaintiff's Objections to Defendant's Bill of Costs is due to the Court and Defendant on January 19, 2009.

Freeman v. Astrue, Case No. 06-4900 JSW
STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR PLAINTIFF TO FILE PLAINTIFF'S OBJECTIONS TO DEFENDANT'S BILL OF COSTS
- 1 -

IT IS SO STIPULATED.

RESPECTFULLY SUBMITTED,

FOR THE PLAINTIFF:

Dated: January 6, 2009     <u>Electronic Signature Authorized</u>
MARY DRYOVAGE

Dated: January 6, 2009     <u>Electronic Signature Authorized</u>
DEVON F. KING

Attorneys for Plaintiff

FOR THE DEFENDANT:

JOSEPH P. RUSSONIELLO
United States Attorney

Dated: January 6, 2009     <u>Electronic Signature Authorized</u>
CLAIRE T. CORMIER
Assistant United States Attorney

PURSUANT TO STIPULATION AND FOR GOOD CAUSE, IT IS SO ORDERED.

DATED: January 7, 2009

_____
JEFFREY S. WHITE
United States District Judge

Freeman v. Astrue, Case No. 06-4900 JSW
STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME FOR PLAINTIFF TO FILE PLAINTIFF'S OBJECTIONS TO DEFENDANT'S BILL OF COSTS